# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR00506-JLS |
| Plaintiff, | **ORDER ON JOINT MOTION TO CONTINUE** |
| v. | |
| IBETH GONZALEZ-LOPEZ, | |
| Defendant. | |

Pursuant to joint motion, it is hereby ordered that the motion/trial setting hearing in the above entitled case be continued from April 8, 2022, at 1:30 p.m., to May 13, 2022, at 1:30 p.m., before the Janis L. Sammartino.

For the reasons set forth in the joint motion, the Court finds that, in the interests of justice, the period of delay from the filing of the joint motion until May 13, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED

DATED: April 1, 2022

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge