# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IBETH GONZALEZ-LOPEZ,<br><br>    Defendant. | Case No. 22CR00506-JLS<br><br>**ORDER ON JOINT MOTION TO CONTINUE** |

    Pursuant to joint motion, it is hereby ordered that the motion/trial setting hearing in the above entitled case be continued from May 13, 2022, at 1:30 p.m., to June 17, 2022, at 1:30 p.m., before the Janis L. Sammartino.

    For the reasons set forth in the joint motion, in the interests of justice, the period of delay from the filing of the joint motion until June 17, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

    IT IS SO ORDERED

DATED: May 10, 2022

                                                       *Janis L. Sammartino*
                                                       Honorable Janis L. Sammartino
                                                       United States District Judge